IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ODIS L. TABOR )
)
    Plaintiff, )
)
v. ) 1:08CV614
)
THOMAS BUILT BUSES, INC. )
)

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Doc. 19) is **GRANTED** and this case is hereby dismissed with prejudice.

This the 12th day of January 2010.

                                                  _William L. Osteen, Jr._
                                                United States District Judge